SHERRY RADACK ·
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:   713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

January 22, 2015

Lydell Elliott Grant
TDCJ #01835671
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, TN 76597

**RE:** **Court of Appeals Number:** 01-12-01173-CR      **Trial Court Case Number:** 1288802

**Style:** Lydell Grant v. The State of Texas

We are forwarding the following via United States Postal):

A copy of the Opinion in your appeal

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

RETURN RECEIPT

Received by _____ Date Received _____

Mr. Lydell Grant #01835671
ALFRED D. HUGHES UNIT
Route 2 Box 4400
Gatesville, Texas 76597

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 1 2 2015

CHRISTOPHER A. PRINE
CLERK

FEBUARY 9, 2015

ATTN: Christopher A. Prine
CLERK OF THE COURT
Court of Appeals First District of Texas
301 Fannin Street
Houston, Texas 77002-2066

RE: Court of Appeals Number: 01-12-01173-CR          Trial Court Case Number: 1288802
Style: Lydell Grant v. The State of Texas

Mr. Prine,

First and foremost, Please allow me to inform you that I did recieve the requested document (the Court's Opinion) and I really do appreciate your assistance and appreciate you for responding back to my missive. Please find enclosed the receipt with my signed signature showing Proof that I recieved the copy of the Opinion.

Sincerely

Lydell Grant

Lydell Grant, Appellant

cc/p:file
Enclosure

Mr. Lydell Grant #01835671
Alfred D. Hughes Unit
Rt. 2 Box 4400
Gatesville, Texas. 76597

AUSTIN TX 787
RIO GRANDE DISTRICT
10 FEB 2015 PM 3 L



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 1 2 2015

CHRISTOPHER A. PRINE
CLERK _____

Attn: Christopher A. Prine
Clerk of the Court
Court Of Appeals First District Of Texas
301 Fannin Street
Houston, Texas. 77002-2066

7700282066